FILED: January 14, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1054
(1:21-cv-00224-CMH-IDD)

_____

UNITED STATES EX REL. JOHN DOE

   Plaintiff - Appellant

v.

CREDIT SUISSE AG

   Defendant - Appellee

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:21-cv-00224-CMH-IDD |
| Date notice of appeal filed in originating court: | 01/13/2022 |
| Appellant(s) | United States ex rel. John Doe |
| Appellate Case Number | 22-1054 |
| Case Manager | Rachel J Lee<br>804-916-2702 |