IN THE UNITED STATES COURT OF
APPEALS FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. JOHN DOE,<br><br>*Plaintiff-Appellant,*<br><br>v.<br><br>CREDIT SUISSE, AG,<br><br>*Defendant-Appellee,*<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>*Party in Interest-Appellee.* | No. 22-1054 |

**<u>DEFENDANT-APPELLEE CREDIT SUISSE, AG'S RESPONSE
TO THE JOINT MOTION TO STAY PROCEEDINGS</u>**

On June 24, 2022, Appellant and Appellee the United States jointly moved for a stay of this appeal pending the Supreme Court's resolution of *United States ex rel. Polansky v. Executive Health Resources*, S. Ct. No. 21-1052 (cert. granted June 21, 2022). ECF No. 23. This Court ordered Defendant-Appellee Credit Suisse, AG ("Credit Suisse") to respond to the stay motion by July 5, 2022. ECF No. 24.

1

In accordance with the Court's order, Credit Suisse hereby notifies the Court that it takes no position on the joint motion for stay.

Respectfully submitted.

| | |
|---|---|
| Dated: June 27, 2022 | /s/ Craig S. Primis, P.C. |
| | CRAIG S. PRIMIS, P.C. |
| | *Counsel of Record* |
| | MATTHEW S. OWEN |
| | MEREDITH POHL |
| | KIRKLAND & ELLIS LLP |
| | 1301 Pennsylvania Ave., N.W. |
| | Washington, D.C. 20004 |
| | (202) 389-5000 |
| | cprimis@kirkland.com |
| | matt.owen@kirkland.com |
| | |
| | *Counsel for Defendant-Appellee* |

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 102 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.

June 27, 2022

/s/ Craig S. Primis, P.C.
Craig S. Primis, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2022, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system, thereby serving all parties required to be served.

/s/ Craig S. Primis, P.C.
Craig S. Primis, P.C.
